Brent TAYLOR, Appellant

v.

Robert A. STURGELL, Acting Administrator, Federal Aviation Administration and Fairchild Corporation, Appellees.

No. 05–5279.

United States Court of Appeals, District of Columbia Circuit.

Sept. 30, 2008.

Michael John Pangia, Law Office of Michael J. Pangia, Washington, DC, for Appellant.

R. Craig Lawrence, Assistant U.S. Attorney, Peter D. Blumberg, Alan Burch, Michael Joseph Ryan, Assistant U.S. Attorney, Kenneth L. Wainstein, Assistant Attorney General, U.S. Attorney's Office, Washington, DC, for Appellees.

BEFORE: GINSBURG and GRIFFITH, Circuit Judges, and WILLIAMS, Senior Circuit Judge.

## JUDGMENT

PER CURIAM.

Upon consideration of the motion of appellant Brent Taylor to govern future proceedings and to remand the case with direction concerning discovery and issue preclusion; and the motion of appellee Robert A. Sturgell to govern future proceedings and to remand the case for further proceedings consistent with the Supreme Court's decision and the notice of appellee Fairchild Corporation of joinder

therein; and in light of the vacatur by the Supreme Court of this court's June 22, 2007 judgment, it is

**ORDERED** that appellant's motion be denied. It is

**FURTHER ORDERED** that appellee's motion be granted. It is

**FURTHER ORDERED and AD-JUDGED** that this case be remanded to the district court for further proceedings consistent with the Supreme Court's opinion in *Taylor v. Sturgell,* — U.S. —, 128 S.Ct. 2161, 171 L.Ed.2d 155 (2008).

The Clerk is directed to issue the mandate forthwith.